UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN GERARDO RODRIGUEZ, | No. 2:16-cv-2291-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JEH JOHNSON, et al., | |
| Defendants. | |

Plaintiff is a former federal inmate proceeding without counsel in an action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) and/or 42 U.S.C. § 1983. His complaint arises out of events that occurred in San Bernardino County.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Plaintiff alleges that the events giving rise to his action occurred at the Adelanto Detention Facility, located in San Bernardino County. No defendant is alleged to reside in this district.

1

Because San Bernardino County lies within the venue of the Eastern Division of the Central District of California, venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(1).

   Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Eastern Division of United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).

DATED:  September 29, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE